FILED

11/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0359

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0359

_____

IN THE MATTER OF THE NAME CHANGE
OF:

TOM NICHOLS,                                              O R D E R

Petitioner

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure.  After reviewing Appellee's answer brief filed electronically on November 13, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(d) requires that a principal brief contain "a statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear."  Appellee's answer brief contains a statement of facts, but no citations to the record.

M. R. App. P. 13(2) requires that all briefs are signed.  Appellee appears to have inadvertently left blank the signature line of its answer brief.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
November 13 2023